# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       Case No.: 2:17-cr-238
                                                           JUDGE GEORGE C. SMITH

JENNIFER MCDONALD,

    Defendant.

## **O R D E R**

This matter is before the Court on Defendant's Motion for Return of Passport (Doc. 34). Defendant was sentenced to two years probation on March 14, 2018. The Probation Officer and the AUSA do not object to the release of Defendant's passport now that her pending state case has been resolved.

Therefore, the Court hereby **ORDERS** the Clerk of the United States District Court to release the Defendant's passport to her pursuant to her request.

        **IT IS SO ORDERED.**

                                                               */s/George C. Smith*
                                                                **GEORGE C. SMITH, JUDGE**
                                                                **UNITED STATES DISTRICT COURT**